**NOT FOR PUBLICATION**                                                                    **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIMMIE REID,<br><br>　　　　　　Plaintiff,<br>v.<br><br>COSTCO WHOLESALE et al.,<br><br>　　　　　　Defendants. | Civil Action No. 15-3558 (CCC-JBC)<br><br>**ORDER** |

**CECCHI, District Judge.**

　　　This matter comes before the Court on the motion of Plaintiff Kimmie Reid to remand this matter to the Superior Court of New Jersey. (ECF No. 4.) Defendant Costco Wholesale Corporation (sued here as "Costco Wholesale") opposed the motion. (ECF No. 10.) On November 3, 2015, Magistrate Judge James B. Clark III issued a Report and Recommendation that Plaintiff's motion to remand be granted in part and denied in part and this matter be remanded. (ECF No. 25.) No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Clark's Report and Recommendation, and for substantially the same reasons stated therein;

　　　**IT IS** on this ____ day of _____, 2015

　　　**ORDERED** this Court adopts Judge Clark's November 3, 2015 Report and Recommendation that Plaintiff's motion to remand be granted in part and denied in part and this matter be remanded to state court. (ECF No. 25.)

　　　**ORDERED** this case be remanded to the Superior Court of New Jersey, Law Division, Middlesex County; and it is further

**ORDERED** the Clerk of the Court shall close the file in this matter.

**SO ORDERED.**

CLAIRE C. CECCHI, U.S.D.J.